AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| (1) Monica Cannon-Grant and | ) Case No. 22cr10057 |
| (2) Clark Grant | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Monica Cannon-Grant,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Wire Fraud Conspiracy; 18 U.S.C. § 371 - Conspiracy; 18 U.S.C. §§ 1341 and 2 - Mail Fraud, Aiding and Abetting; 18 U.S.C. § 1343 - Wire Fraud, Aiding and Abetting; 18 U.S.C. §§ 1014 and 2 - Making False Statements to a Mortgage Lending Business, Aiding and Abetting

Date: 03/14/2022

*Issuing officer's signature*

City and state: Boston, MA

Chief Magistrate Judge M. Page Kelley
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*