UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
22-10057-MLW

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT and CLARK GRANT

**INITIAL STATUS REPORT**

May 23, 2022

DEIN, M.J.

An Initial Status Conference was scheduled to be held remotely before this court on May 23, 2022 pursuant to the provisions of Local Rule 116.5(a), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The defendants are in the process of reviewing the documents produced by the government to date. The government and the parties have agreed to a schedule for the production of voluminous additional automatic discovery. It is expected that the production of the automatic discovery will be substantially completed in the next 60 days.

2. The government will continue to produce automatic discovery on a rolling basis.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference. Defendant Ms. Cannon-Grant has filed a Motion to schedule a trial date which is pending before the District Judge.

4. The date for making expert disclosures shall be set at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of May 23, 2022 through June 24, 2022, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior order of the court dated March 29, 2022 and the order entered contemporaneously herewith, at the time of the Interim Status Conference on June 24, 2022

[2]

    there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. An Interim Status Conference has been scheduled for June 24, 2022 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

                                   / s / Judith Gail Dein  
                                  JUDITH GAIL DEIN  
                                UNITED STATES MAGISTRATE JUDGE