UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-10057-MLW |
| | ) | |
| MONICA CANNON-GRANT, | ) | |
| CLARK GRANT, | ) | |
| Defendants | ) | |

**Joint Submission Regarding**
**Proposed Pretrial Disclosure and Filing Dates**

Now come the Defendants and Government, by and through their undersigned counsel, and hereby submit their proposed pretrial disclosure and filing dates.

| Category | Govt. Proposal | Defense Proposal |
|---|---|---|
| Trial Date | March 2023 (gov't counsel has trial starting 1/30 before J. Burroughs; school vacation is third week of Feb.) | February 2023 (suggested date moved from December 2022 to accommodate co-counsel's calendar) |
| Rule 12(b) Motions | Oct. 7, 2022 | October 7, 2022 (if trial is March 2023, then November 4, 2022) |
| Disclosure of Experts | Government: 90 days before trial<br>Defense: 60 days before trial | Government: 120 days before trial<br>Defense: 60 days before trial |
| Summary Witness Disclosures and Charts | Government: 30 days before trial<br>Defense: 14 days before trial | Government: 60 days before trial<br>Defense: 14 days before trial |
| Exculpatory Information under Rule 116.2 that has not been produced | 60 days before trial | 60 days before trial |
| Rule 404(b) disclosures | 30 days before trial | 60 days before trial |

| | | |
|---|---|---|
| Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in-chief | 30 days before trial | 60 days before trial |
| Motions in Limine, oppositions, replies, sur-replies | 30 days before trial, oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter | 60 days before trial, oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter (schedule permits briefing complete roughly 30 days before trial) |
| Proposed Jury Instructions | 30 days before trial | 60 days before trial |
| Proposed Voir Dire | 2 weeks before trial | 30 days before trial |
| Trial Brief (if any) | 2 weeks before trial | 30 days before trial |
| Government Exhibit List | 30 days before trial | 90 days before trial |
| Defense Exhibit List | 30 days before trial | 30 days before trial |
| Objections to Govt. Exhibit List | 3 weeks before trial | 30 days before trial |
| Objections to Defense Exhibit List | 3 weeks before trial | 2 weeks before trial |
| Government Witness | 30 days before trial | 60 days before trial |
| Defendants' Witness List | 2 weeks before trial | 30 days before trial |

2

| | |
|---|---|
| Respectfully Submitted,<br>The Defendant,<br>By Her Counsel,<br><br>**/s/ Robert M. Goldstein**<br>Robert M. Goldstein, Esq.<br>Goldstein Law Firm<br>Mass. Bar No. 630584<br>20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>(617) 742-9015<br>rmg@goldstein-lawfirm.com | Respectfully Submitted,<br>The Defendant,<br>By His Counsel,<br><br>**/s/ Julie-Ann Olson**<br>Julie-Ann Olson<br>Federal Public Defender<br>Mass Bar No. 661464<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>(617) 223-8061<br>Julie-Ann_Olson@fd.org |

Respectfully submitted,
UNITED STATES OF AMERICA,
By its attorney,

JOSHUA S. LEVY
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

**/s/ Adam W. Deitch**
Dustin Chao
Adam W. Deitch
Assistant United States Attorneys
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
dustin.chao@usdoj.gov
adam.deitch@usdoj.gov
617-748-3100

Dated:  June 9, 2022

## Certificate of Service

    I, Robert M. Goldstein, hereby certify that on this date, June 9**,** 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Adam Deitch and Dustin Chao.

                                               **/s/ Robert M. Goldstein**
                                               Robert M. Goldstein