UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MONICA CANNON-GRANT and )<br>CLARK GRANT, )<br>   Defendants. ) | Cr. No. 22-10057-MLW |

ORDER

WOLF, D.J.                                                          June 10, 2022

For the reasons stated at the June 10, 2022 hearing, it is hereby ORDERED that:

1. If defendant Monica Cannon-Grant wishes to file a motion for a bill of particulars, she shall do so by July 11, 2022. The government shall, by July 26, 2022, file a response. Any replies shall be filed by August 2, 2022.

2. The parties shall confer and, by August 19, 2022, propose, jointly if possible but separately if necessary, a revised pretrial schedule.

3. The parties shall, by October 7, 2022, file all Federal Rule of Criminal Procedure 12(b) motions. Responses shall be filed by October 14, 2022. Any replies shall be filed by October 21, 2022.

4. A pretrial conference shall be held on September 8, 2022, at 2:00 p.m.

5. Trial shall commence on March 7, 2023, at 9:00 a.m.

2

6. The parties shall order a transcript of the June 10, 2022 hearing.

                                                    /s/ Charles C. Neary
                                                    UNITED STATES DISTRICT JUDGE