UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and<br>CLARK GRANT,<br><br>       Defendants. | Case No. 22-CR-10057-MLW |

**JOINT INTERIM STATUS REPORT AND**
**REQUEST TO CANCEL STATUS CONFERENCE**

  Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for June 24, 2022. The parties further request that the interim status conference be canceled and that a further interim status conference be calendared at the Court's convenience in approximately 60 days.

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

  The government has provided installments of a rolling production of automatic discovery on April 26, 2022, May 12, 2022, May 19, 2022, and June 9, 2022. In total, these productions have included over 249,000 individual items with 17,108 Bates-stamped pages or files. The government will be making its next production in short order and additional productions on a rolling basis until automatic discovery is complete.

  The parties have conferred with respect to prioritized discovery, and the government will be including grant/donor materials as soon as a Protective Order, discussed below, is endorsed by the Court.

(2) <u>Additional Discovery</u>

  The government expects to make its fifth production of automatic discovery as soon as a Protective Order, for which the government has filed an assented-to motion, has been endorsed by the Court. The government is in the process of continuing to review and produce discovery, including substantial electronic discovery, in accordance with Local Rule 116.1(c). The defendants are in the process of reviewing the discovery produced to date.

The parties have conferred with respect to the production schedule for automatic discovery. The government expects two or three additional installments to be produced on an approximately biweekly basis, with automatic discovery substantially complete within the next 30 days.

(3) <u>Timing of Additional Discovery Requests</u>

With its April 26, 2022 production, the government requested reciprocal discovery from the defendants; no such discovery has been produced at this time. The defendants are in the process of reviewing the government's discovery produced to date and are evaluating the need for any additional requests.

(4) <u>Protective Orders</u>

The United States moved for a Protective Order on June 16, 2022 (Dkt. No. 39) with the defendants' assent.

(5) <u>Pretrial Motions</u>

On June 10, 2022, a status conference was held before U.S. District Court Judge Mark L. Wolf. At that conference, the Court set a trial date of March 7, 2023, as well as a series of filing deadlines, including any motion by the defendants for a bill of particulars (July 11, 2022) and pretrial motions pursuant to Fed. R. Crim. P. 12(b) (October 7, 2022).

The defendants have not yet determined whether and what pretrial motions will be filed pursuant to Rule 12(b).

(6) <u>Expert Discovery</u>

The parties have been ordered to confer and propose pre-trial dates and deadlines for, among other things, expert discovery, by August 19, 2022.

(7) <u>Defenses of Insanity, Public Authority, or Alibi</u>

The defendants do not intend to raise the defenses of insanity, public authority, or alibi.

(8) <u>Speedy Trial Act</u>

All of the time from the defendants' indictment on March 14, 2022 has been excluded. The parties request that the time be excluded from June 24, 2022 through the date of the next status conference.

(9) <u>Status of Plea Discussions; Likelihood and Estimated Length of Trial</u>

The parties have not engaged in plea discussions. If a trial is necessary, the parties estimate that a trial in this matter would take approximately two to three weeks.

(10)   <u>Next Status Conference</u>

Given all of the foregoing information, including the ongoing production and review of discovery, the parties request that the interim status conference, scheduled for June 24, 2022, be adjourned. The parties request a further interim status conference in approximately 60 days.

Respectfully submitted,

| | |
|---|---|
| MONICA CANNON-GRANT, <br><br> By her attorney, <br><br> <u>/s/ Robert M. Goldstein</u> <br> Robert M. Goldstein <br> 20 Park Plaza, Suite 1000 <br> Boston, MA 02116 <br> fmg@goldstein-lawfirm.com <br> 617-742-9015 <br><br> CLARK GRANT, <br><br> By his attorney, <br><br> <u>/s/ Julie-Ann Olson</u> <br> Julie-Ann Olson <br> Federal Public Defender Office <br> 51 Sleeper Street, 5th Floor <br> Boston, MA 02210 <br> Julie-Ann_Olson@fd.org <br> 617-223-8061 | UNITED STATES OF AMERICA, <br><br> By its attorney, <br><br> JOSHUA S. LEVY <br> Attorney for the United States, <br> Acting Under Authority Conferred by <br> 28 U.S.C. § 515 <br><br> <u>/s/ Adam W. Deitch</u> <br> Dustin Chao <br> Adam W. Deitch <br> Assistant United States Attorneys <br> John Joseph Moakley U.S. Courthouse <br> One Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> dustin.chao@usdoj.gov <br> adam.deitch@usdoj.gov <br> 617-748-3100 |

Dated:  June 22, 2022

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Adam W. Deitch*
                                              Adam W. Deitch
                                              Assistant United States Attorney

Dated: June 22, 2022