UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
22-10057-MLW

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT and CLARK GRANT

**INTERIM STATUS REPORT**

June 24, 2022

DEIN, M.J.

An Interim Status Conference was scheduled to be held remotely before this court on June 24, 2022 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The defendants are in the process of reviewing the documents produced by the government to date. The government and the parties have agreed to a schedule for the production of voluminous additional automatic discovery.

2. The government will continue to produce automatic discovery on a rolling basis.

3. The schedule for filing various motions has been set by the District Judge.

4. The parties will meet and confer regarding pre-trial dates and deadlines for, among other things, expert discovery, by August 19, 2022 as set by the District Judge.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of June 24, 2022 through August 24, 2022, that being the period between the expiration of the last order of excludable time and the next status conference.

    Based upon the prior orders of the court dated March 29, 2022, May 23, 2022 and the order entered contemporaneously herewith, at the time of the Interim Status Conference on August 24, 2022 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

[2]

6. An Interim Status Conference has been scheduled for August 24, 2022 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE