UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 22-CR-10057-MLW |
| | ) |
| MONICA CANNON-GRANT, | ) |
| Defendant | |

**Motion To Amend Pretrial Release Conditions**

Now comes the Defendant, Monica Cannon-Grant, by and through counsel, and hereby moves the Court for an order modifying the conditions of release in this matter to permit Ms. Cannon-Grant to apply for unemployment benefits.

As further grounds and reasons therefore, the defendant states the following:

1. On or about March 15, 2022, Ms. Cannon-Grant appeared before the Court for her initial appearance. She was released on conditions, including the condition that she shall "not apply for, or facilitate the application for, any unemployment benefits unless approved by the Court." Dkt. Entry 20 at p.3.

2. Ms. Cannon-Grant is currently unemployed and would like to apply for unemployment benefits.

3. The parties have conferred and the government has provided the following as its position on the motion: "The government does not object to the defendant's application for unemployment benefits so long as any such application is done in accordance with the law."

Wherefore, the defendant respectfully requests that the instant motion be allowed.

Respectfully Submitted,
MONICA CANNON-GRANT,
By Her Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  August 17, 2022

## Certificate of Service

    I, Robert M. Goldstein, hereby certify that on this date, August 17, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Dustin Chao and Adam Deitch.

**/s/ Robert M. Goldstein**
Robert M. Goldstein
