UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and<br>CLARK GRANT,<br><br>             Defendants. | Case No. 22-CR-10057-MLW |

**JOINT SUBMISSION REGARDING PROPOSED PRETRIAL SCHEDULE**

In accordance with the Court's Order dated June 10, 2022 (Dkt. No. 38), which directed the parties to confer and propose a revised pretrial schedule, the parties hereby submit the following proposed pretrial disclosure and filing deadlines:

| Category | Gov't Proposal | Defense Proposal |
|---|---|---|
| Trial Date | March 7, 2022 ||
| Rule 12(b) Motions | October 7, 2022 ||
| Disclosure of Experts | Government: 90 days before trial<br>Defense: 60 days before trial | Government: 120 days before trial<br><br>Defense: 60 days before trial |
| Summary Witness Disclosures and Charts | Government: 30 days before trial<br>Defense: 14 days before trial | Government: 60 days before trial<br>Defense: 14 days before trial |
| Exculpatory Information under Rule 116.2 that has not been produced | 60 days before trial ||

| | | |
|---|---|---|
| Rule 404(b) disclosures | 45 days before trial | 60 days before trial |
| Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief | 30 days before trial | 60 days before trial |
| Motions in Limine, oppositions, replies, sur-replies | 45 days before trial, oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter | 60 days before trial, oppositions due 2 weeks thereafter, replies 1 week thereafter, sur-replies 1 week thereafter |
| Proposed Jury Instructions | 30 days before trial | 60 days before trial |
| Proposed Voir Dire | 30 days before trial | |
| Trial Brief (if any) | 30 days before trial | |
| Government Exhibit List | 30 days before trial | 90 days before trial |
| Defense Exhibit List | 30 days before trial | |
| Objections to Govt. Exhibit List | 3 weeks before trial | 30 days before trial |
| Objections to Defense Exhibit List | 3 weeks before trial | 2 weeks before trial |
| Government Witness | 30 days before trial | 60 days before trial |

| Defendants' Witness List | 2 weeks before trial | 30 days before trial |

Respectfully submitted,

| MONICA CANNON-GRANT, | UNITED STATES OF AMERICA, |
|---|---|
| By her attorney, | By its attorney, |
| /s/ Robert M. Goldstein<br>Robert M. Goldstein<br>20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>fmg@goldstein-lawfirm.com<br>617-742-9015 | JOSHUA S. LEVY<br>Attorney for the United States,<br>Acting Under Authority Conferred by<br>28 U.S.C. § 515 |
| | /s/ Adam W. Deitch<br>Dustin Chao<br>Adam W. Deitch<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>dustin.chao@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |
| CLARK GRANT, | |
| By his attorney, | |
| /s/ Julie-Ann Olson<br>Julie-Ann Olson<br>Joshua Hanye<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Julie-Ann_Olson@fd.org<br>617-223-8061 | |

Dated: August 19, 2022

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                               */s/ Adam W. Deitch*
                                               Adam W. Deitch
                                               Assistant United States Attorney

Dated: August 19, 2022