UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
22-10057-MLW

UNITED STATES OF AMERICA
v.

MONICA CANNON-GRANT and CLARK GRANT

**ORDER ON EXCLUDABLE TIME**

August 24, 2022

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.  I further find that not granting this continuance would deny counsel for both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

It is hereby ordered that the Clerk of Court enter excludable time for the period of August 24, 2022 through October 25, 2022, that being the period between the expiration of the last order of excludable time and the date of the next status conference.  Based on the orders of March 29, 2022, May 23, 2022, June 24, 2022 and this order, as of October 25, 2022 there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge