UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-10057-MLW |
| | ) | |
| MONICA CANNON-GRANT, | ) | |
| Defendant | ) | |

## Motion To Withdraw

Now comes the undersigned counsel and hereby moves to withdraw his appearance as counsel for the Defendant, Monica Cannon-Grant. Counsel understands that Ms. Cannon-Grant will seek court-appointed counsel in this matter.

## Local Rule 7.1(a)(2) Certification

The government has no objection to the request to withdraw as counsel.

Respectfully Submitted,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: September 7, 2022

## Certificate of Service

  I, Robert M. Goldstein, hereby certify that on this date, September 7, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Dustin Chao and Adam Deitch, and the Defendant, Monica Cannon-Grant.

              **/s/ Robert M. Goldstein**
              Robert M. Goldstein