UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-10057-MLW |
| | ) | |
| MONICA CANNON-GRANT, | ) | |
| Defendant | ) | |

## Motion To Withdraw

Now comes the undersigned counsel and hereby moves to withdraw his appearance as counsel for the Defendant, Monica Cannon-Grant. Counsel understands that Ms. Cannon-Grant will seek court-appointed counsel in this matter.

## Local Rule 7.1(a)(2) Certification

The government has no objection to the request to withdraw as counsel.

Respectfully Submitted,

/s/ Robert M. Goldstein
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: September 7, 2022

There is a hearing scheduled for September 13, 2022. Defendant Monica Cannon-Grant has not filed a request for appointment of counsel or the related required affidavit to establish indigency. It is not clear to the court whether she is seeking a postponement of the September 13, 2022 hearing. In the circumstances, it is hereby ORDERED that defendant shall, by 10 a.m. on September 9, 2022 state whether she requests a postponement of the September 13, 2022, whether she wants to continue Mr. Goldstein as CJA counsel, and, in any event, when she will file a motion and affidavit