UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-CR-10057-MLW |
| ) | |
| MONICA CANNON-GRANT, ) | |
| Defendant ) | |

**Defendant's Response to Court Order of September 8, 2022**

Now comes the Defendant, Monica Cannon-Grant, by and through undersigned counsel, and hereby responds to the Court's Order of September 8, 2022:

1. Ms. Cannon-Grant does request a postponement of the September 13, 2022, hearing.

2. Counsel is not able to represent Ms. Cannon-Grant as CJA counsel.

3. Ms. Cannon-Grant will forthwith file a motion and affidavit seeking appointment of CJA counsel (and aims to do so on today's date).

    Respectfully Submitted,
    The Defendant,
    Monica Cannon-Grant,
    By Her Attorney,

    **/s/ Robert M. Goldstein**
    Robert M. Goldstein
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    (617) 742-9015
    rmg@goldstein-lawfirm.com

Dated:  September 8, 2022

**Certificate of Service**

    I, Robert M. Goldstein, hereby certify that on this date, September 8, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Adam W. Deitch and Dustin Chao.

                                            **/s/ Robert M. Goldstein**
                                            Robert M. Goldstein