UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>MONICA CANNON-GRANT,   )<br>           Defendant         ) | CRIMINAL NO. 22-CR-10057-MLW |

### Motion Seeking Appointment of Counsel

Now comes the Defendant, Monica Cannon-Grant, by and through undersigned counsel, and hereby moves the Court for an order appointing counsel to represent her in this matter.

        Respectfully Submitted,
        The Defendant,
        Monica Cannon-Grant,
        By Her Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: September 8, 2022

### Certificate of Service

I, Robert M. Goldstein, hereby certify that on this date, September 8, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Adam W. Deitch and Dustin Chao.

**/s/ Robert M. Goldstein**
Robert M. Goldstein