UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Cr. No. 22-10057-MLW |
| | ) |
| MONICA CANNON-GRANT and | ) |
| CLARK GRANT, | ) |
| Defendants. | ) |

ORDER

WOLF, D.J.                                    September 9, 2022

Defendant Monica Cannon-Grant's retained counsel Robert Goldstein, Esq. has moved to withdraw. See Dkt. No. 61. Cannon-Grant evidently assents as she has filed a Motion Seeking Appointment of Counsel, see Dkt. No. 64, and with the permission of the court a sealed ex parte affidavit in support of that request, see Dkt. No. 67 (ex parte and under seal). She also requests a postponement of the previously scheduled September 13, 2022 hearing on the defendants' joint Motion for a Bill of Particulars. Because of the pending motion and because successor counsel has not yet filed an appearance, Mr. Goldstein must obtain leave of court to withdraw. See L.R. 83.5.2(c).

It is hereby ORDERED that:

1. Cannon-Grant's Motion Seeking Appointment of Counsel (Dkt. No. 64) is ALLOWED. The court will appoint successor counsel for her.

2.    Cannon-Grant's request for a postponement of the September 13, 2022 hearing (Dkt. No. 63) is ALLOWED.

3.    When successor counsel is appointed he or she will be ordered to confer with Cannon-Grant and Mr. Goldstein, and report how much time successor counsel requests to prepare to resume litigation of this case, including to argue defendants' motion for a bill of particulars.

4.    The court intends to allow Mr. Goldstein's motion to withdraw when successor counsel for Cannon-Grant is appointed and files an appearance.

5.    All time until October 25, 2022 has previously been excluded for Speedy Trial Act purposes. See Dkt. No. 59. In order to permit a proper transition to successor counsel, and to permit successor counsel to prepare properly to represent Cannon-Grant, all time until the next hearing in this case is EXCLUDED for Speedy Trial Act purposes because the ends of justice served by appointing successor counsel and postponing the September 13, 2022 hearing outweigh the best interests of the defendant and the public in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

UNITED STATES DISTRICT JUDGE

2