UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

## ASSENTED-TO MOTION CANCEL FILING DEADLINE

Now comes defendant Clark Grant, through his counsel, who herein respectfully ask this Court to cancel the deadline for filing motions pursuant to Federal Rule of Criminal Procedure 12(b), previously set for October 7, 2022. [See ECF No. 38].

As reason therefor, counsel states that Attorney Keith Halpern, successor counsel for co-defendant Monica Cannon-Grant, was appointed to represent Ms. Cannon-Grant as of September 9, 2022. Successor counsel will require additional time to review and evaluate the substantial discovery produced by the government thus far, including time to assess whether any joint 12(b) motions are appropriate.

Counsel proposes selecting a new date for filing motions pursuant to Federal Rule of Criminal Procedure 12(b) at the next hearing date before the District Judge.

Counsel for Mr. Grant has conferred with counsel for the government, who assent to this request. Counsel have also conferred with Ms. Cannon-Grant's new counsel, Attorney Halpern. Ms. Cannon-Grant assents to this request.

Respectfully submitted,
CLARK GRANT,

By his attorneys,

*/s/ Julie-Ann Olson*
Julie-Ann Olson
Joshua Hanye
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Julie-Ann_Olson@fd.org
617-223-8061

Dated: September 9, 2022

**CERTIFICATE OF SERVICE**

  Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                */s/ Julie-Ann Olson*
                Julie-Ann Olson
                Assistant Federal Public Defender

Dated:  September 9, 2022