UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )      Cr. No. 22-10057-MLW<br>)<br>MONICA CANNON-GRANT and )<br>CLARK GRANT,                    )<br>    Defendants.                  ) | |

ORDER

WOLF, D.J.                                                              September 15, 2022

Defendant Monica Cannon-Grant's retained counsel Robert Goldstein, Esq. moved to withdraw. See Dkt. No. 61. The court granted Cannon-Grant's subsequent motion seeking appointment of counsel. See Dkt. No. 68. Keith Halpern, Esq. has been appointed as successor counsel for Cannon-Grant.

It is hereby ORDERED that:

1. Mr. Halpern, Mr. Goldstein, and Cannon-Grant shall confer and, by September 23, 2022, report how much time Mr. Halpern requests to prepare to resume litigation of this case, including to argue defendants' motion for a bill of particulars.

2. Mr. Goldstein's Motion to Withdraw (Dkt. No. 61) is ALLOWED.

/s/ Mark P. Wolf
UNITED STATES DISTRICT JUDGE