UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** <br> v. <br> **Monica Cannon-Grant, et al.** | No. 22-CR-10057-MLW |

**DEFENDANT'S RESPONSE TO ORDERS RE SCHEDULING**

Monica Cannon-Grant hereby responds to the Court's Orders regarding scheduling issues.

Ms. Cannon-Grant and Clark Grant jointly request that a hearing on the pending Motion for a Bill of Particulars occur no earlier than November 1, 2022. The government has no objection.

Ms. Cannon-Grant, with the agreement of Clark Grant, and with no objection from the government, requests that this case be sent back to the magistrate judge for discovery and pre-trial matters. Ms. Cannon-Grant withdraws her previous request for a speedy trial. She further agrees to the exclusion of time related to new counsel's need to review discovery, to determine whether pre-trial motions or Rule 12(b)(6) motions are warranted, and for resolution of any such motion.

Ms. Cannon-Grant, with the agreement of Clark Grant, and with no objection from the government, requests that all pending event dates, including for the filing of Rule 12(b)(6) motions and for trial, be cancelled.

In its Opposition to the defendants' Motion for a Bill of Particulars, the government states it "has made five productions of automatic discovery, consisting of

over 249,000 individual items with 30,061 Bates-stamped pages or files and over 30 GB of total data," with one or two additional installments anticipated. Counsel is not able to predict appropriate dates for the filing of Rule 12(b)(6) motions or for trial in advance of reviewing this discovery. Counsel also needs time to assess whether to seek additional discovery or file other pre-trial motions and believes that returning the case to the magistrate judge would further this effort.

Respectfully submitted,

MONICA CANNON-GRANT
By her Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2022.

/s/ *Keith Halpern*