UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| United States of America | No. 22-CR-10057-MLW |
| v. | |
| Monica Cannon-Grant, et al. | |

DEFENDANT'S RESPONSE TO ORDERS RE SCHEDULING

Monica Cannon-Grant hereby responds to the Court's Orders regarding scheduling issues.

Ms. Cannon-Grant and Clark Grant jointly request that a hearing on the pending Motion for a Bill of Particulars occur no earlier than November 1, 2022. The government has no objection.

Ms. Cannon-Grant, with the agreement of Clark Grant, and with no objection from the government, requests that this case be sent back to the magistrate judge for discovery and pre-trial matters. Ms. Cannon-Grant withdraws her previous request for a speedy trial. She further agrees to the exclusion of time related to new counsel's need to review discovery, to determine whether pre-trial motions or Rule 12(b)(6) motions are warranted, and for resolution of any such motion.

Ms. Cannon-Grant, with the agreement of Clark Grant, and with no objection from the government, requests that all pending event dates, including for the filing of Rule 12(b)(6) motions and for trial, be cancelled.

In its Opposition to the defendants' Motion for a Bill of Particulars, the government states it "has made five productions of automatic discovery, consisting of

[Handwritten annotation right margin: motion for a bill of particulars will be not considered that been until after discovery is complete. WGU, D.J 9/29/22]

[Handwritten annotation bottom: This case is hereby RETURNED to the Magistrate Judge for until all discovery is complete. Unless defendant abt November 1, 2022 requests a hearing on the]