UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and<br>CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

## COUNSEL FOR CLARK GRANT'S RESPONSE TO ORDER
## RE: SCHEDULING OF 12(b) MOTIONS - ECF #72

Counsel for Clark Grant hereby responds to the Court's order issued September 13, 2022, as follows:

Counsel has conferred with Attorney Keith Halpern, the newly-appointed counsel for Monica Cannon Grant. With the agreement of Clark Grant, we hereby join Attorney Halpern in jointly requesting that all pending dates, including for the filing of Rule 12(b) motions and trial, be cancelled. See, Docket No. 74 (Monica Cannon Grant's Response to Orders Re: Scheduling).

Clark Grant further joins Monica Cannon-Grant's request that this case be sent back to the magistrate judge for discovery and pre-trial matters. Counsel is not able to predict appropriate dates for the filing of Rule 12(b)(6) motions or for trial in advance of reviewing this discovery. Counsel needs time to assess whether to seek additional discovery or file other pre-trial motions and believes that returning the case to the magistrate judge would further this effort. Discovery production in this case is voluminous and ongoing. As the government stated in its July 26 Opposition to the Defendant's Motion for a Bill of Particulars, it "has made five productions of automatic discovery, consisting of over 249,000 individual items with 30,061

*Allowed.*
*WcM. D.J*
*9/29/22*