UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT and
CLARK GRANT,

Defendants.

Case No. 22-CR-10057-MLW

**JOINT INTERIM STATUS REPORT AND
REQUEST TO CANCEL STATUS CONFERENCE**

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for October 25, 2022. The parties further request that the interim status conference be canceled and that a further status conference be calendared at the Court's convenience in approximately 60 days.

(1)     Automatic Discovery/Pending Discovery Requests

To date, the government has provided seven installments of a rolling production of automatic discovery on April 26, 2022, May 12, 2022, May 19, 2022, June 9, 2022, July 13, 2022, August 1, 2022, and September 15, 2022. In sum, these productions have included over 618,000 individual items with 81,803 Bates-stamped pages or files, totaling over 2.2 TB (terabytes) of discovery. The government expects to make a final production within the next few weeks, which will mark the completion of automatic discovery.

(2)     Additional Discovery

On September 9, 2022, successor counsel was appointed to represent Defendant Cannon-Grant. As such, and given the volume of discovery produced to date, the defendants remain in the process of reviewing the material and/or otherwise getting up to speed on the case. As mentioned above, the government plans to make a final production within the next few weeks. Though this production is expected to mark the completion of automatic discovery, the government will continue to review material in its possession and comply with its obligations in accordance with Local Rule 116.1(c).

In light of the volume of discovery, the government has also provided the defendants with an index denoting "hot documents" by Bates number.

(3)     Timing of Additional Discovery Requests

With its April 26, 2022 production, the government requested reciprocal discovery from the defendants; no such discovery has been produced at this time.  As mentioned above, the defendants are in the process of reviewing the government's discovery produced to date and evaluating the need for any additional requests.

(4)     Protective Orders

The government moved, with the defendants' assent, for a Protective Order on June 16, 2022.  (Dkt. No. 39.)  The Court granted the motion and entered the Order on June 23, 2022.  (Dkt. No. 46.)

(5)     Pretrial Motions

On June 10, 2022, a status conference was held before U.S. District Court Judge Mark L. Wolf.  At that conference, the Court set a trial date of March 7, 2023, as well as a series of filing deadlines, including with respect to a motion by the defendants for a bill of particulars (filed on July 11, 2022 and fully briefed on August 2, 2022) and pretrial motions pursuant to Fed. R. Crim. P. 12(b).

As noted above, successor counsel was appointed for Defendant Cannon-Grant on September 9, 2022.  The defendants, with the government's assent, requested that pre-trial deadlines be canceled in order for counsel for the defendants to continue their review of the voluminous discovery and for new counsel to get up to speed on the case.  Judge Wolf granted this request, canceled the relevant deadlines, and returned the case to the Magistrate Judge.  (Dkt. No. 76.)

For the same reasons, the defendants have not yet determined whether and what pretrial motions will be filed pursuant to Rule 12(b).

(6)     Expert Discovery

Pursuant to the District Court's Order dated June 10, 2022 (Dkt. No. 38), the parties conferred and proposed pre-trial dates and deadlines for, among other things, expert discovery.  (Dkt. No. 56.)  The government proposed deadlines of 90 days and 60 days prior to trial for its own and defendants' expert disclosures; the defendants proposed 120 days and 60 days, respectively.  The parties expect to revisit this and other issues when a new trial date is set.

(7)     Defenses of Insanity, Public Authority, or Alibi

The defendants do not intend to raise the defenses of insanity, public authority, or alibi.

(8)     Speedy Trial Act

All of the time from the defendants' indictment on March 14, 2022 has been excluded.

2

The parties request that the time be excluded from October 25, 2022 through the date of the next status conference.

(9)     <u>Status of Plea Discussions; Likelihood and Estimated Length of Trial</u>

The parties have not engaged in plea discussions.  If a trial is necessary, the parties estimate that a trial in this matter would take approximately two to three weeks.

(10)    <u>Next Status Conference</u>

Given all of the foregoing information, including the ongoing review of discovery and the appointment of successor counsel for Defendant Cannon-Grant, the parties request that the interim status conference, scheduled for October 25, 2022, be adjourned.  The parties request a further status conference in approximately 60 days.

Respectfully submitted,

| MONICA CANNON-GRANT, | UNITED STATES OF AMERICA, |
|---|---|
| By her attorney, | By its attorney, |
| /s/ Keith Halpern | JOSHUA S. LEVY |
| Keith Halpern | Attorney for the United States, |
| 572 Washington Street, Ste. 19 | Acting Under Authority Conferred by |
| Wellesley, MA 02482 | 28 U.S.C. § 515 |
| ksh@keithhalpern.com | |
| 617-722-9952 | /s/ Adam W. Deitch |
| | Dustin Chao |
| CLARK GRANT, | Adam W. Deitch |
| | Assistant United States Attorneys |
| By his attorney, | John Joseph Moakley U.S. Courthouse |
| | One Courthouse Way, Suite 9200 |
| /s/ Julie-Ann Olson | Boston, MA 02210 |
| Julie-Ann Olson | dustin.chao@usdoj.gov |
| Joshua Hanye | adam.deitch@usdoj.gov |
| Federal Public Defender Office | 617-748-3100 |
| 51 Sleeper Street, 5th Floor | |
| Boston, MA 02210 | |
| Julie-Ann_Olson@fd.org | |
| 617-223-8061 | |

Dated:  October 21, 2022

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Adam W. Deitch
Adam W. Deitch
Assistant United States Attorney

Dated:  October 21, 2022