UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
22-10057-MLW

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT and CLARK GRANT

**INTERIM STATUS REPORT**

December 22, 2022

DEIN, M.J.

An Interim Status Conference was scheduled to be held remotely before this court on December 22, 2022 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The defendants are in the process of reviewing the documents produced by the government to date. The production has been voluminous and the parties are working together to efficiently label and review the material.

2. The government has completed it automatic discovery production and does not expect to produce additional discovery except in response to specific requests and in accordance with the local rules.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4. The date for producing expert discovery shall be addressed when a new trial date is set.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of December 22, 2022 through March 20, 2023, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior orders of the court dated March 29, 2022, May 23, 2022, June 24, 2022, August 24, 2022, October 25, 2022 and the order entered contemporaneously herewith, at the

[2]

time of the Final Status Conference on March 20, 2023 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for March 20, 2023 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.  The parties estimate that a trial will take two to three weeks.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE