UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** )<br>)<br>**v.** )<br>)<br>**MONICA CANNON-GRANT** )<br>) | 1:22-cr-10057-MLW-1 |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant, MONICA CANNON-GRANT in connection with the above-captioned matter.

                                        Respectfully submitted,
                                        MONICA CANNON-GRANT,
                                        By her attorney,

                                        ***/s/ CLMALCOLM***
                                        _____
                                        Christopher L. Malcolm
                                        BBO No.: 684440
                                        266 Willowgate Rise
                                        Holliston, MA 01746
                                        617-645-0089
Date: January 31, 2023         clmalcolm@gmail.com

**CERTIFICATE OF SERVICE**

I, Christopher L. Malcolm, Attorney for MONICA CANNON GRANT, hereby certify that on this date I served a copy of this notice of appearance by electronic notice on the US Attorney's Office and current defense counsel.

                                          ***/s/ CLMALCOLM***
Date: 2/1/23               _____
                                        Christopher L. Malcolm