UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| United States of America | No. 22-CR-10057-MLW |
| v. | |
| Monica Cannon-Grant, et al. | |

**COUNSEL'S MOTION TO WITHDRAW**

Keith Halpern, CJA-appointed attorney, hereby moves to withdraw his appearance for Monica Cannon-Grant. Ms. Cannon-Grant has retained private counsel. An affidavit of counsel is provided at Attachment 1.

Respectfully submitted,

MONICA CANNON-GRANT
By her Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2023.

/s/ *Keith Halpern*