UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** <br> v. <br> **Monica Cannon-Grant, et al.** | No. 22-CR-10057-MLW |

### AFFIDAVIT OF KEITH HALPERN

I, Keith Halpern, attest:

1. I was appointed as CJA counsel to represent Monica Cannon-Grant on September 9, 2022.

2. On February 2, 2022, Attorney Christopher Malcolm entered a private appearance for the defendant.

Signed under the penalties of perjury this 2nd day of February 2023.

/s/ *Keith Halpern*