JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **US DOL-OIG / USPIS**

City **Boston, MA**

County **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. **X**   Case No. **22-cr-10057-MLW**
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number **21-MJ-5454-JGD (Co-Def.)**
Search Warrant Case Number **21-5405 - 5409, 5453, 5455, 5504**
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: **Monica Cannon-Grant**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) **Taunton, MA**

Birth date (Yr only): **1981**   SSN (last4#): **3070**   Sex **F**   Race: **B**   Nationality: ____

Defense Counsel if known: **Christopher L. Malcolm**   Address: ____

Bar Number: ____

**U.S. Attorney Information:**

AUSA **Dustin Chao and Adam Deitch**   Bar Number if applicable ____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: ____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: **03/15/2022**

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: **Magistrate Judge Judith G. Dein** on **3/15/2022**

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **27**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **03/09/2023**   Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   22-cr-10057-MLW

**Name of Defendant**   Monica Cannon-Grant

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1-3 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 4 |
| Set 3 | 18 U.S.C. §§ 1341 and 2 | Mail Fraud; Aiding and Abetting | 5 |
| Set 4 | 18 U.S.C. § 1343 | Wire Fraud; Aiding and Abetting | 6-22 |
| Set 5 | 18 U.S.C. §§ 1014 and 2 | Making False Statements to a Mortgage Lending Business; Aiding and Abetting | 23 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing False Tax Returns | 24-25 |
| Set 7 | 26 U.S.C. § 7203 | Failure to File Tax Returns | 26-27 |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Wire/Mail Fraud Forfeiture Allegation | |
| Set 9 | 18 U.S.C. § 982(a)(2)(A) | Mortgage Fraud Forfeiture Allegation | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Co-Defendant charged in same indictment has been previously charged by complaint (21-MJ-5454-JGD) as to two counts and made his initial apprearance before Magistrate Judge Judith G. Dein on October 19, 2021.

Additional Search Warrant Case Numbers 22-5174, 5230 and 5231

≪JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** II          **Investigating Agency**  US DOL-OIG / USPIS

**City**  Boston, MA                **Related Case Information:**

**County**  Suffolk               Superseding Ind./Inf.     X     Case No.  22-cr-10057-MLW
                                  Same Defendant ___  New Defendant ___
                                  Magistrate Judge Case Number  21-MJ-5454-JGD
                                  Search Warrant Case Number  21-5405 - 5409, 5453, 5455, 5504
                                  R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name: Clark Grant                    Juvenile:  ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: ___
Address: (City & State)  Taunton, MA

Birth date (Yr only): 1983   SSN (last4#): 8651   Sex: M   Race: B   Nationality: ___

**Defense Counsel if known:**  Julie-Ann Olson      Address: Federal Public Defender Office
**Bar Number:** ___                                51 Sleeper Street, 5th Floor
                                                   Boston, MA 02210

**U.S. Attorney Information:**

AUSA  Dustin Chao and Adam Deitch       Bar Number if applicable ___

Interpreter:  ☐ Yes  ☑ No     List language and/or dialect: ___

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date:  10/19/2021

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by:  Magistrate Judge Judith G. Dein  on  10/19/2021

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  22

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  03/09/2023         Signature of AUSA:  /s/

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 22-cr-10057-MLW

**Name of Defendant** Clark Grant

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1-3 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 4 |
| Set 3 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud; Aiding and Abetting | 6-22 |
| Set 4 | 18 U.S.C. §§ 1014 and 2 | Making False Statements to a Mortgage Lending Business; Aiding and Abetting | 23 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Wire/Mail Fraud Forfeiture Allegation | |
| Set 6 | 18 U.S.C. § 982(a)(2)(A) | Mortgage Fraud Forfeiture Allegation | |

**ADDITIONAL INFORMATION:** Additional Search Warrant Case Numbers 22-5174, 5230 and 5231

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013