UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | 1:22-cr-10057-MLW |
| | ) | |
| **MONICA CANNON-GRANT** | ) | |
| | ) | |

### ASSENTED-TO MOTION TO CONTINUE HEARING

NOW COMES the Defendant, MONICA CANNON GRANT, in connection with the above-captioned matter and respectfully requests that the hearing scheduled for Friday July 7, 2023 be continued July 13, July 14, July 19 or July 21. As grounds, counsel for the Defendant is not available due to a family matter and death in the family. Counsel will be away until Sunday July 9th, and on July 10th, counsel is scheduled for a 2011 drug trafficking trial in Essex Superior Court that is marked a priority case by the Court (*Commonwealth v. Manuel Pena*) before Judge Dunigan. The Defendant is in custody, and the case if ready to go to trial. Monica Cannon-Grant's case is more recent and she is not in custody. The Government assents to this request for a continuance.

WHEREFORE, the Defendant respectfully request that this motion be ALLOWED.

Respectfully submitted,
MONICA CANNON GRANT,
By her attorney,

*/s/ CLMALCOLM*
_____
Christopher L. Malcolm
BBO No.: 684440
266 Willowgate rise
Holliston, MA 01746
617-645-0089
clmalcolm@gmail.com

Date: July 6, 2023

1

**CERTIFICATE OF SERVICE**

I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by email and electronic notice on the US Attorney's Office.

Date:   7/6/23

*/s/ CLMALCOLM*
_____
Christopher L. Malcolm