UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
22-10057-MLW

UNITED STATES OF AMERICA

v.

MONICA CANNON-GRANT

**FINAL STATUS REPORT**

July 26, 2023

DEIN, M.J.

A Final Status Conference was scheduled to be held remotely before this court on July 26, 2023 pursuant to the provisions of Local Rule 116.5(c), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and order:

1. The parties request an initial status conference before the District Judge. At this time a trial is expected to proceed.

2. Discovery is substantially complete. The government expects to make one additional production of early *Jencks* materials relating to one cooperating witness. The parties are working cooperatively on the review and production of discovery.

3. There are no outstanding or anticipated discovery disputes. The defendant has not filed any dispositive motions.

4. The government proposes deadlines of 90 days and 60 days prior to trial for its own and defense expert disclosures. The defendant proposes 120 days and 60 days respectively. The parties expect to revisit this and other issues when a new trial date is set.

5. Based upon the prior orders of the court dated March 29, 2022, May 23, 2022, June 24, 2022, August 24, 2022, October 25, 2022, December 22, 2022, March 20, 2023, May 19, 2023, June 20, 2023 and the order entered contemporaneously herewith, at the time of the initial status conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. The parties estimate that a trial in this matter would take approximately three (3) weeks.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE