```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES                 )
                              )
v.                            )        1:22-cr-10057-AK
                              )
MONICA CANNON GRANT           )
_____)
```

**MOTION TO WAIVE DEFENDANT'S PRESENCE OR CONTINUE HEARING**

NOW COMES the Defendant, Monica Cannon Grant, by and though her attorney, in the above-captioned matter and requests that this Honorable Court continue the hearing set for 2:00pm on May 31, 2024 to a date after June 19, 2024 or allow the Defendant's presence to be excused and waived from the hearing. As grounds, the Defendant had to head out of the Commonwealth for a family matter and will be able to return to her obligations for two weeks. The Defendant maintains great communication with counsel and is up to date on the status of her case. She waives any time if the motion to continue is granted.

In the alternative, the defense requests that only the attorneys be required to appear and defense counsel shall update the Defendant immediately following the hearing. The Defendant is

also reachable by phone and as an alternative, the Defendant seeks permission to participate remotely by zoom or telephone conference on 5/31/24 should the first two requests be denied.

WHEREFORE, the Defendant respectfully requests that this motion be ALLOWED.

Respectfully submitted,
The Defendant,
By her attorney,

/s/ CLMALCOLM
_____
Christopher L. Malcolm
BBO 684440
185 Devonshire Street
Suite 302
Boston, MA 02110
617-645-0089
clmalcolm@gmail.com

Date: 5/30/24

### Certificate of Service

I hereby certify that I sent this motion to the Prosecutor for the US Government and prior counsel by email and/or by electronic filing notice service this date.

Date: 5/30/24                         /s/ CLMALCOLM
_____
Christopher L. Malcolm