UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MONICA CANNON-GRANT, ) <br> ) <br> Defendant. ) | Case No. 22-CR-10057-AK-1 |

## ORDER EXCLUDING TIME

**ANGEL KELLEY, D.J.**

With the agreement of the parties, this Court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), time shall be excluded from the speedy trial purpose because a continuance was granted and the interests of justice outweigh the interests of the public and/or Defendant(s) in a speedy trial:

Accordingly, it is hereby ordered that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(a) and Section 7(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), the Clerk of this Court enter excludable time for the period December 2, 2024 through October 14, 2025 to be EXCLUDED from the Speedy Trial Act.

**SO ORDERED.**

Dated: October 17, 2024 /s/ Angel Kelley
Hon. Angel Kelley
United States District Judge