# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE
BOSTON, MASSACHUSETTS 02108

**CLERK'S CERTIFICATION**

RE: IN RE: BD-2024-093 CHRISTOPHER LEE MALCOLM

I, Maura S. Doyle, Clerk of the Supreme Judicial Court for the County of Suffolk and Keeper of the Records, hereby certify that the attached document(s), comprised of 6 page(s), is a true and accurate certified copy of ORDER OF IMMEDIATE TEMPORARY SUSPENSION.

Dated this 19th day of November, 2024.

ATTEST:



/s/ Maura S. Doyle
Maura S. Doyle, Clerk