UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re: CHRISTOPHER L. MALCOLM       *
                                    *
                                    *     Misc. Business Docket
                                    *     No. 1:24-mc-91525-IT
                                    *
                                    *

ORDER OF TEMPORARY SUSPENSION

January 2, 2025

TALWANI, D.J.

On November 19, 2024, the Massachusetts Supreme Judicial Court ("SJC") issued an Order of Immediate Temporary Suspension [Doc. No. 9] as to Attorney Christopher Lee Malcolm, temporarily suspending him from the practice of law in the Commonwealth pending further order from the SJC and remanding the matter for further proceedings before the Board of Bar Overseers.

On December 18, 2024, this court ordered Malcolm to show cause in writing no later than December 30, 2024, why this court should not immediately suspend his right to practice law in this court pending the outcome of a reciprocal disciplinary proceeding here under Local Rule 83.6.9(a), and to show cause in writing within twenty-eight days as to why reciprocal disciplinary action against him should not be taken in light of the SJC's Order of Immediate Temporary Suspension. Order to Show Cause (Reciprocal Discipline) [Doc. No. 11]. Malcolm did not file a written response as to the immediate suspension, and at a hearing on January 2, 2025, stated that he did not oppose the temporary suspension while the Massachusetts disciplinary matter was being resolved.

Pursuant to Local Rule 83.6.9(c), Attorney Malcolm is hereby temporarily suspended from practicing law in the District of Massachusetts, pending further order. The clerk shall enter

a copy of this order in all open cases where Attorney Malcolm has an appearance. Attorney Malcolm shall promptly report to the court as to the final resolution of the Massachusetts disciplinary matter and on any further orders from the SJC relating to the discipline.

The separate disciplinary matter referred by Judge Sorokin remains pending. Attorney Malcolm's time to respond in that matter is extended to January 31, 2025.

IT IS SO ORDERED.

January 2, 2025                    /s/ Indira Talwani
                                   United States District Judge