COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPREME JUDICIAL COURT
                                               FOR SUFFOLK COUNTY
                                               No: BD-2024-093


**IN RE: CHRISTOPHER LEE MALCOLM**


<u>ORDER OF CONTEMPT</u>

This matter came before the Court (Georges, J.) on Bar Counsel's Petition for Contempt filed on January 22, 2025. Among other things, the petition alleges that Christopher Lee Malcolm, the respondent, has failed to comply with this Court's November 19, 2024, Order of Immediate Temporary Suspension and Remand to the Board of Bar Overseers (Board).

Following a hearing on February 18, 2025, the Court allowed the respondent's request for a continuance to March 11, 2025 to potentially hire successor counsel and he was ordered to, at minimum, file a response to the petition for contempt. On March 11, 2025, the parties appeared (with the respondent arriving forty-five minutes late) for a further hearing on Bar Counsel's petition for contempt. To date, the respondent has failed to file any written response to the contempt petition, or otherwise file any written compliance with the court's November 19, 2024 order, and I find that the allegations contained therein to be proved.

I find that the respondent has violated the November 19, 2024

Order of Immediate Temporary Suspension by continuing to practice law and by failing to submit the compliance affidavits and other required materials as alleged by Bar Counsel. As that failure constitutes clear disobedience of an unequivocal court order, see In re Kafkas, 451 Mass. 1001 (2008), it is **ORDERED** that:

Christopher Lee Malcolm be, and hereby is **ADJUDGED** in civil contempt of this Court for failure to effect full and timely compliance with this Court's November 19, 2024, Order of Immediate Temporary Suspension. It is **ORDERED** that the accompanying sanction for said civil contempt shall be up to ninety (90) days commitment to the common jail at Boston, in and for the County of Suffolk, in said Commonwealth.

It is **ALSO ORDERED** that the adjudgment of civil contempt is without prejudice, and the accompanying sanction is stayed, with the matter returnable on Friday, April 25, 2025, at 10:00 AM in Courtroom Two, at which time and place the respondent and/or his counsel shall appear. It is **FURTHER ORDERED** that the respondent shall, **no later than the close of business April 22, 2025**, file with the Court and Bar Counsel the requisite compliance affidavit(s) attesting to **full (not partial, or substantial)** compliance with paragraphs two, three and four of the Order of Immediate Temporary Suspension.

On April 25, 2025, the Court shall either vacate its civil contempt sanction against the respondent or impose the above-

referenced sanction by detaining the respondent and issuing a
mittimus for his commitment.

By the Court,

/s/ Serge Georges Jr.

Associate Justice

Dated: March 11, 2025