# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            v.                                     )      Criminal Action No. 22-CR-10057-AK<br>                                                      )<br>MONICA CANNON-GRANT,          )<br>                                                      )<br>            Defendant.                       )<br>                                                      ) | |

## ORDER COMPELLING ATTORNEY CHRISTOPHER LEE MALCOLM TO PROVIDE DEFENDANT'S COUNSEL WITH CLIENT FILE

**ANGEL KELLEY, D.J.**

Before the Court is Defendant's motion to compel Defendant's prior counsel, Christopher Lee Malcolm, to provide Defendant's current counsel, Mr. George Vien and Ms. Emma Notis-McConarty of Donnelly, Conroy & Gelhaar, LLP, with the Defendant's full client file, including any documents provided by Defendant to Mr. Malcolm (the "Motion"). Upon consideration, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** that, by no later than the close of business on **Friday, June 20, 2025**, Christopher Lee Malcolm shall provide to Defendant's current counsel, Mr. George Vien and Ms. Emma Notis- McConarty of Donnelly, Conroy & Gelhaar, LLP, Defendant's full client file and any documents contained therein, including documents provided by the Defendant to Mr. Malcolm during the course of his representation of the Defendant in this matter.

**SO ORDERED.**

Dated: June 6, 2025                                                                /s/ Angel Kelley
                                                                                              Hon. Angel Kelley
                                                                                              United States District Judge