UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>    Defendant. | Criminal No. 1:22-cr-10057-AK |

**JOINT STATUS REPORT REGARDING COLLECTION OF**
**CLIENT FILE FROM ATTORNEY CHRISTOPHER MALCOLM**

The Defendant and the United States of America, through undersigned counsel, submit the following report regarding the collection of the Defendant's client file from her prior counsel Christopher Malcolm.

On June 4, 2025, the Defendant filed an assented-to motion to compel attorney Christopher Malcolm to provide Defendant's current counsel with her client file. Dkt No. 183. On June 6, 2025, after addressing the motion at a status conference, the Court granted the Defendant's motion and entered an order compelling Mr. Malcolm to provide the file to Defendant's current counsel. Dkt Nos. 187, 188.

On June 17, 2025, Defendant's current counsel was able to retrieve the file from Mr. Malcolm. No further hearing on this issue is needed.

Respectfully submitted,

| MONICA CANNON-GRANT, | UNITED STATES OF AMERICA, |
|---|---|
| By her attorneys, | By its attorney, |
| */s/ Emma Notis-McConarty*<br>George W. Vien<br>Emma Notis-McConarty<br>Donnelly, Conroy & Gelhaar LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>gwv@dcglaw.com<br>enm@dcglaw.com<br>617-720-3554 | LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Dustin Chao*<br>Dustin Chao<br>Adam W. Deitch<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>dustin.chao@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |

Dated: June 18, 2025

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on June 18, 2025.

      /s/ *Emma Notis-McConarty*
      Emma Notis-McConarty