UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>    Defendant. | Criminal No. 1:22-cr-10057-AK |

**DEFENDANT'S ASSENTED TO MOTION FOR A RULE 11 HEARING**

The defendant, Monica Cannon-Grant, respectfully requests that the Court schedule a change of plea hearing, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant requests that the hearing be scheduled on a date convenient for the Court and the parties.

The government assents to this motion.

Respectfully submitted,

/s/ George W. Vien
George W. Vien (BBO # 547411)
Emma Notis-McConarty (BBO # 696405)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
enm@dcglaw.com

Dated: September 12, 2025

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for the parties have conferred in good faith and in an effort to resolve or narrow the issues raised by this Motion. The government assents to this Motion.

/s/ George W. Vien
George W. Vien

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on September 12, 2025.

/s/ George W. Vien
George W. Vien