# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>    Defendant. | Criminal No. 1:22-cr-10057-AK |

### DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL HER MOTION FOR RULE 11 HEARING TO BE HELD VIRTUALLY

    The defendant, Monica Cannon-Grant, intends to file a motion requesting that her Rule 11 Hearing scheduled for September 22, 2025 be held virtually.  She respectfully moves for leave to file that motion under seal.  As grounds for this motion, the defendant states that her motion contains highly sensitive and personal information, including mental health information and information related to minors, that is not appropriate for public disclosure at this stage.

    Pursuant to Local Rule 7.2, the defendant further moves that this Order remain in effect until further Order of the Court.

Respectfully submitted,

Dated:  September 18, 2025

/s/ *George W. Vien*
George W. Vien (BBO # 547411)
Emma Notis-McConarty (BBO # 696405)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
enm@dcglaw.com

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Ms. Cannon-Grant conferred with counsel for the government in good faith to resolve or narrow the issues presented in this motion and that counsel for the government objects to the relief requested.

/s/ *George W. Vien*
George W. Vien

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on September 18, 2025.

/s/ *George W. Vien*
George W. Vien