UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONICA CANNON-GRANT,<br><br>Defendant. | Criminal No. 1:22-cr-10057-AK |

### ASSENTED TO MOTION OF MONICA CANNON-GRANT FOR LEAVE TO FILE SENTENCING MEMORANDUM AND SUPPORTING MATERIALS UNDER SEAL

Monica Cannon-Grant respectfully moves for leave to file her sentencing memorandum and the supporting exhibits under seal, with redacted versions on the public docket. The government assents to this request. As grounds for this motion, Ms. Cannon-Grant states that her sentencing memorandum and the supporting exhibits contain highly sensitive and personal information, including medical information related to minors, that is not appropriate for public disclosure.

Pursuant to Local Rule 7.2, Ms. Cannon-Grant further moves that this Order remain in effect until further Order of the Court.

Respectfully submitted,

Dated: January 21, 2026

/s/ *Emma Notis-McConarty*
George W. Vien (BBO # 547411)
Emma Notis-McConarty (BBO # 696405)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
enm@dcglaw.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

 I hereby certify that counsel for Ms. Cannon-Grant conferred in good faith with counsel for the government and the government assents to the relief requested in this motion.

             /s/ *Emma Notis-McConarty*
             Emma Notis-McConarty

**CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on January 21, 2026.

             /s/ *Emma Notis-McConarty*
             Emma Notis-McConarty