

# Memorandum

To:      The Honorable Angel Kelley, U.S. District Judge

From:   April Nichols, U.S. Probation Officer Assistant

Date:    April 14, 2026

Re:      **CANNON-GRANT, Monica Dkt.#: 22-CR-10057-AK-1**
         **Request to Temporarily Suspend Home Detention with Location Monitoring**

---

On January 29, 2026, the above-captioned defendant appeared before Your Honor for sentencing upon pleading guilty to Wire Fraud Conspiracy (3 counts), in violation of 18 U.S.C. §§ 1349, 1343, Mail Fraud (1 count), in violation of 18 U.S.C. § 1341, Wire Fraud (10 counts), in violation of 18 U.S.C. § 1343, Filing a False Tax Return, in violation of 26 U.S.C. § 7206(1), and Failure to File Tax Return, in violation of 26 U.S.C. § 7203.  Ms. Cannon-Grant was sentenced to 4 years' probation to run concurrently on all counts, with special conditions to include that the defendant serve a period of six months in home detention.  Ms. Cannon-Grant was ordered to pay a $1,650.00 special assessment and restitution in the amount of $106,003.00.

Ms. Cannon-Grant commenced supervised release in the Southern District of Indiana on January 29, 2026.  She is presently scheduled to terminate from supervised release on January 28, 2030.  The Southern District of Indiana reports that there have been no instances of noncompliance.

Ms. Cannon-Grant has reported that her father has been admitted to Boston Medical Center for a serious medical condition and the U.S. Probation Office has confirmed that Ms. Cannon Grant's father is currently a patient at Boston Medical Center.  Ms. Cannon Grant would like to travel to Massachusetts to visit her father from April 14, 2026 until April 19, 2026.  If permission is granted, Ms. Cannon-Grant will stay at her mother's home during her time in Massachusetts.

At this time, the Probation Office recommends that Ms. Cannon-Grants condition for home detention with electronic monitoring be suspended from April 14, 2026 until April 20, 2026 and that she be allowed to travel to visit with her father.  Should there be any changes or developments the Probation Office will promptly notify the Court.

If Your Honor concurs with this recommendation, please indicate below.


*/s/Andrew R. Kessler-Cleary*
Andrew Kessler-Cleary
Supervisory U.S. Probation Officer



✓   The defendant's home detention is suspended to allow travel as indicated.

_____ The defendant's home detention is not suspended.

_____ Other



   /s/ Angel Kelley                              4/14/26
Honorable Angel Kelley                        Date
U.S. District Judge

● Page 2